An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG PETERSON; AND ROBIN PETERSON,
Appellants,
vs.
PNC FINANCIAL SERVICES GROUP, INC., SUCCESSOR BY MERGER TO NATIONAL CITY CORPORATION; PLATINUM FIRST MORTGAGE, LP; AND FREDDIE MAC,
Respondents.

No. 60818

**FILED**

OCT 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On September 30, 2013, the parties filed a stipulation agreeing to dismiss this appeal. Having considered the stipulation, we approve it and hereby dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Patrick Flanagan, District Judge
       Mark L. Mausert
       Ballard Spahr, LLP
       Washoe District Court Clerk

---

[1]As the parties further stipulated to withdraw appellants' September 19, 2013, motion to voluntarily dismiss this appeal, no action will be taken on the September 19 motion.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-30179